# Order

Michigan Supreme Court
Lansing, Michigan

February 10, 2017

Stephen J. Markman
Chief Justice

153651(59)

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MELVIN EARL HOWARD,
      Defendant-Appellant.

SC: 153651
COA: 324388
Washtenaw CC: 13-001442-FH

_____/

      On order of the Chief Justice, the third motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief submitted on February 7, 2017, is accepted for timely.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2017



Clerk